# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERT JUAREZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SCOTT FRAUENHEIM, WARDEN,<br><br>　　　　Respondent. | Case No. CV 12-02149-JLS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge, with the following modifications noted herein.

/ / /
/ / /
/ / /
/ / /
/ / /

1    IT THEREFORE IS ORDERED that the references to murder in the Report and Recommendation at page 30, lines 9-10 and page 31, lines 10-20 are hereby amended to read "attempted murder" and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:   December 2, 2016

*[signature]*

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE