JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERT JUAREZ,                                ) Case No. CV 12-02149-JLS (DTB)
                           Petitioner,       )
                                             ) **J U D G M E N T**
              vs.                            )
                                             )
SCOTT FRAUENHEIM,                           )
WARDEN,                                      )
                           Respondent.       )
_____ )

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   <u>December 2, 2016</u>

                                            _____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1